**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICIA ELIZABETH SMEAL, | : | |
| **Executrix of the Estate of GORDON CARL** | : | |
| **SMEAL, SR., Individually and in her own right,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.   19-5853** |
| **CLARK EQUIPMENT COMPANY, et al.** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 28th day of April, 2022, upon consideration of **(a)** Defendant Clark Equipment Company's Motion for Summary Judgment (Doc. No. 25), Plaintiff's Response (Doc. No. 28), and Clark Equipment Company's Reply (Doc. No. 29); and **(b)** Defendant NACCO Material Handling Group's Motion for Summary Judgment (Doc. No. 26), Plaintiff's Response (Doc. No. 27), and NACCO Material Handling Group's Reply (Doc. No. 30), it is hereby **ORDERED** that both Motions are **DENIED**.

A trial scheduling conference is set for **Tuesday, May 24, 2022 at 2:00 p.m.** The conference shall be held by telephone. Counsel are directed to dial in as follows: (1) Call: <u>888-684-8852</u>; (2) Enter access code: <u>2187450#</u>; (3) Press <u>#</u> to enter as a participant.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**