IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA ELIZABETH SMEAL EXECUTRIX OF THE ESTATE OF GORDON CARL SMEAL, SR., INDIVIDUALLY AND IN HER OWN RIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK EQUIPMENT COMPANY, et al.<br><br>Defendants. | Docket No.: 5:19-CV-05853<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL AS TO HYSTER-YALE GROUP, INC., AND CLOSING OF THE CASE** |

IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys of record for the Plaintiffs PATRICIA ELIZABETH SMEAL, EXECUTRIX OF THE ESTATE OF GORDON CARL SMEAL, SR., INDIVIDUALLY AND IN HER OWN RIGHT, and Defendant NACCO MATERIALS HANDLING GROUP, n/k/a HYSTER-YALE GROUP, INC., a Delaware Corporation ("Hyster-Yale") in the above-entitled action, that Plaintiffs' claims insofar as asserted against Defendant Hyster-Yale are settled.

Therefore, IT IS HEREBY ORDERED by the Court, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the claims insofar as asserted against Defendant Hyster-Yale are dismissed without costs and with prejudice.

ORDERED that the case be marked CLOSED.

Dated: New York, New York
September 21, 2022

| | |
|---|---|
| /s/ Seth A. Dymond<br>Seth A. Dymond, Esq.<br>Belluck & Fox, LLP<br>546 Fifth Avenue, 5th Floor<br>New York, New York 10036<br>sdymond@belluckfox.com<br>*Attorneys for Plaintiffs* | /s/ Brian P. Corcoran<br>Brian P. Corcoran, Esquire<br>Reilly, McDevitt & Henrich, PC<br>Widener Building, Suite 410<br>One South Penn Square<br>Philadelphia, PA 19107<br>bcorcoran@rmh-law.com<br>*Attorneys for Hyster-Yale* |

SO ORDERED: **9/21/2022**

 */s/ Mitchell S. Goldberg*
HON. MITCHELL S. GOLDBERG
U.S. DISTRICT JUDGE